PURNELL BLACKMAN, AND ELLEN BLACKMAN, APPELLANTS, vs. ROBERT D. HARRISON, APPELLEE.

Appeal from Circuit Court Marion county.

*Miller & Spencer*, for Appellants.

No appearance for Appellee.

The bill in this case was filed by the appellee against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision Per Curiam.